PAUL J. FISHMAN
Acting United States Attorney
By: DAVID E. MALAGOLD
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Jose L. Linares |
| v. | : Criminal No. *10-444 (JLL)* |
| ADIS RADONCIC | : CONSENT JUDGMENT AND PRELIMINARY : ORDER OF FORFEITURE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Assistant United States Attorney David E. Malagold, appearing), for the entry of a consent judgment and preliminary order of forfeiture, and defendant Adis Radoncic (Peter Willis, Esq. appearing) having consented to the request; and the Court having found that:

**WHEREAS**, in accordance with the Plea Agreement filed on or about _____, 2010 entered into between the United States of America and defendant Adis Radoncic in the above matter, the defendant, pursuant to 21 U.S.C. § 853 has agreed to forfeit to the United States the following property:

$395,400 cash delivered to an undercover agent in Atlantic City on or about December 23, 2008

(hereinafter the "the Forfeited Property"); and

**WHEREAS**, defendant, Adis Radoncic, has specifically acknowledged notice of the criminal forfeiture, consented to the entry of a Consent Judgment and Preliminary Order of Forfeiture, and waived his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2(a) and 43(a); and

**WHEREAS**, defendant, Adis Radoncic, has agreed not to contest the forfeiture of the above referenced property;

**WHEREAS**, by virtue of the above, the United States is now entitled to possession of the Forfeited Property pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS**, defendant Adis Radoncic has waived and abandoned all right, title and interest in the Forfeited Property; and defendant Adis Radoncic has further waived, released and withdrawn any claim that defendant may have made with respect to the Forfeited Property, and waived and released any claim that defendant might otherwise have made to that property in the future; and

It is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That the Forfeited Property, specifically:

$395,400 cash delivered to an undercover agent in Atlantic City on or about December 23, 2008.

(hereinafter the "the Forfeited Property");

- 2 -

2. That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the Forfeited Property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited Property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Property; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Property and any additional facts supporting the petitioner's claim and the relief sought;

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Property that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture authorizing the United States to dispose of the Forfeited Property.

ORDERED this 6th day of July, 2010.

_____
HON. JOSE L. LINARES
United States District Judge

PAUL J. FISHMAN
UNITED STATES ATTORNEY

_____
By: DAVID E. MALAGOLD
Assistant U.S. Attorney

July 6, 2010
Dated

_____
PETER WILLIS, Esq.
Counsel for the Defendant

7/6/2010
Dated

X Adis Radoncic
_____
ADIS RADONCIC
Defendant

7/6/2010
Dated

- 4 -