WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, ADIS RADONCIC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | Cr. No. 10-00444(JLL) |
| ADIS RADONCIC, | :: | |
| Defendant(s) | :: | CONSENT ORDER |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Adis Radoncic requesting an Order modifying bail conditions and the United States Attorney, by David Malagold, Assistant United States Attorney, ~~William Sobchik~~ *Barbara Hutchinson*, US Pre-trial, Newark, NJ and Brooklyn Pre-trial Services consenting, and for good cause shown,

IT IS on this 20th day of ~~July~~ *August*, 2010;

ORDERED That Defendant be placed on a curfew and shall be required to remain in his residence from 10:00 p.m. until 7:00 a.m. seven days a week,

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

_____
HON. JOSE L. LINARES, USMJ

I hereby consent to form and entry of Order

_____
DAVID MALAGOLD, AUSA


_____
~~WILLIAM SOBCHIK~~, US PRE-TRIAL
*Barbara Hutchinson*