# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADIS RADONCIC,<br><br>    Defendant(s). | Criminal No.: 10-444 (JLL)<br><br><br><br>**O R D E R** |

This matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C., attorney for Adis Radoncic, for an Order extending the date for when defendant has to surrender from March 21, 201to April 21, 2011, and amending the recommendation regarding defendant's designation to the North East Region and Paul J. Fishman, The United States Attorney, by David E. Malagold, Assistant United States Attorney. Appearing and for good cause shown;

**It is on this 14th day of MARCH, 2011;**

**ORDERED**, the application [cm/ecf. doc. #46] to amend the Judgment is hereby DENIED. However, the Court hereby does make a recommendation that defendant be assigned to a correctional facility close to defendant's home in the North East Region; and it is further,

**ORDERED**, that defendant's motion to extend the surrender date for thirty (30) days is DENIED. However, the Court hereby extends the surrender date to Monday, March 28, 2011.

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE